IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JAY GRISWOLD, And KAREN SABRINA GRISWOLD, as co-administrators and co-personal representatives of Austin Griswold's estate, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-149-WKW |
| ALABAMA POWER COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| MICHELLE DIAS, as personal representative of David Hall's estate, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:20-CV-924-WKW [WO] |
| ALABAMA POWER COMPANY, | ) ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the court is Plaintiffs' Motion for Leave to Take Deposition of Dennis Bak Outside the Discovery Period. (Doc. # 62.) For good cause shown, it is ORDERED that the motion is GRANTED. Plaintiffs should make reasonable efforts to schedule the deposition prior to the December 21, 2022 deadline for filing

dispositive motions.  (*See* Doc. # 48 § 2.)  If the deposition cannot be scheduled prior to that date, Plaintiffs are DIRECTED to seek further leave of court.

DONE this 30th day of November, 2022.

/s/ W. Keith Watkins<br>
UNITED STATES DISTRICT JUDGE